AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

<table>
<tr><td>United States of America<br><br>v.<br><br><br>MARTIN GUERRERO<br><br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.    2:26-mj-0067 CKD</td></tr>
</table>

<strong>FILED</strong><br>
<strong>Jun 02, 2026</strong><br>
CLERK, U.S. DISTRICT COURT<br>
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 15, 2026_____ in the county of _____Colusa_____ in the _____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possess with Intent to Distribute a Substance Containing 5 Kilograms or More of a Mixture of Substance Containing a Detectable Amount of Cocaine |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

          /s/
_____
*Complainant's signature*

Task Force Agent Adam Honzell
Federal Bureau of Investigation
_____
*Printed name and title*

Sworn to before me and signed telephonically.

Date: _____June 2, 2026_____

_____
*Judge's signature*

City and state: _____Sacramento, CA_____

Carolyn K. Delaney, Chief U.S. Magistrate Judge
_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
### for the

Eastern District of California

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
|  | ) |
| MARTIN GUERRERO | ) |
|  | ) |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 15, 2026 _____ in the county of _____ Colusa _____ in the
_____ Eastern _____ District of _____ California _____, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
| --- | --- |
| 21 U.S.C. § 841(a)(1) | Possess with Intent to Distribute a Substance Containing 5 Kilograms or More of a Mixture of Substance Containing a Detectable Amount of Cocaine |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

_____
_Complainant's signature_

Task Force Agent Adam Honzell
Federal Bureau of Investigation
_Printed name and title_

Sworn to before me and signed telephonically.

Date:   June 15, 2026

City and state:   Sacramento, CA

/s/ Carolyn K. Delaney
_____
_Judge's signature_

Carolyn K. Delaney, Chief U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A COMPLAINT AND ARREST WARRANT FOR MARTIN GUERRERO

I, Task Force Officer Adam Honzell, being duly sworn, hereby depose and state as follows:

### I.     BACKGROUND AND EXPERIENCE

1.     I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since May of 2022.  I am currently assigned to the Sacramento Division, Redding Resident Agency of the FBI, where I am charged with investigating numerous crimes, including drug trafficking organizations in the Eastern District of California and elsewhere.

2.     As an FBI TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.  I have assisted in the execution of search warrants for controlled substances and/or related paraphernalia, indicia, and other evidence of violations of federal drug statutes.  I have participated in investigations targeting individuals and organizations trafficking cocaine, heroin, marijuana, and methamphetamine.  During my career as a CHP Officer and FBI TFO, I have participated in at least 60 drug and/or gang investigations.

3.     I am an Investigator for the California Highway Patrol (CHP) Officer and have been since July of 2008.  I graduated from the CHP Academy in 2009 in West Sacramento, CA.  During my tenure with CHP, I have worked the South Los Angeles Area, Santa Rosa Area, and the Red Bluff Area.  While assigned to the Santa Rosa Area, I was assigned to the Multi Agency Gang Enforcement Team (MAGNET) for over three years and completed a temporary assignment within the Investigative Services Unit in Oakland, CA, investigating violent crimes.  I have investigated child exploitation crimes, internet crimes, domestic violence, narcotics trafficking, fugitive crimes, homicides, and gang crimes, and have testified numerous times as an expert in gangs.  I have training in cellular phone communications.

1

4.      In addition to my training as a police officer and detective, I have received specialized training in drug investigation matters including, but not limited to, drug interdiction, drug detection, money laundering techniques and schemes, drug identification, and asset identification and removal, from the CHP and FBI.  Furthermore, I have received specialized training in the areas of gang activity, lifestyle and enforcement. In total, I have received over 500 hours of comprehensive formalized classroom instruction in those areas outlined above.

5.      Through my training, experience, and interaction with other experienced special agents, task force agents and officers, and other drug investigators, I have become familiar with methods, tools, and trends employed by drug traffickers to manufacture, smuggle, safeguard, store, transport, and distribute drugs, and to communicate with other participants to accomplish such objectives.  These methods include the use of a vast network of associates and co-conspirators; instrumentalities to facilitate drug trafficking activities, including real property and assets such as vehicles, vessels, and aircraft; multiple forms of counter surveillance; and complex communication methods, which include various codes to deter detection by law enforcement and the use of an array of electronic devices including, but not limited to, cell phones, pre-paid or debit calling cards, wireless communications technology such as paging devices, computers, and social media platforms.

6.      The facts and information set forth herein are based upon my knowledge and observations, observations of other law enforcement personnel, observations of cooperating individuals as related to me and other law enforcement personnel, my review of investigative reports, and discussions with other federal, state, and local law enforcement officials.  This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter.

2

## II.   NATURE OF THE ARREST WARRANT AND SCOPE OF CRIMINAL COMPLAINT

7.    This Affidavit is submitted in support of a criminal complaint and arrest warrant for Martin **GUERRERO** for a violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute a mixture or substance containing at least 5 kilograms of cocaine.

## II.   PROBABLE CAUSE

8.    On May 15, 2026, in Colusa County, California and Eastern District of California, the defendant, **GUERRERO**, was in possession of approximately 30 kilograms (66.4 pounds) of cocaine, hidden in his vehicle.

9.    On May 15, 2026, CHP Officer A. Martinez -Tejeda conducted an enforcement stop of an Infiniti FX35 bearing Oregon License plate 389QXH (later found to be registered to **GUERRERO** at his listed address) for failure to maintain a lane, a violation of California Vehicle Code section 21658(a), and for following a vehicle too closely, a violation of California Vehicle Code section 21703.

10.    Officer Martinez-Tejeda's contacted the driver and solo occupant, **GUERRERO**.  As Martinez-Tejeda was filling out a traffic ticket to **GUERRERO**, CHP Canine Handler T. Henderson arrived at the scene to assist with the stop.

11.    During the stop, **GUERRERO** consented to a vehicle search.  Officer Henderson used his narcotic detection-trained canine partner to conduct an exterior free-air sniff of the Infiniti.  The canine alerted to multiple areas of the vehicle, providing a final indication/alert to the odor of narcotics at the left rear wheel well/rocker panel cover area.

12.    Officers Henderson and Martinez-Tejeda searched the vehicle and found multiple plastic-wrapped packages concealed within the left rocker panel of the Infiniti, where his canine partner alerted.  Officer Henderson recognized the packages as being consistent with brick or kilogram-style packages of controlled substances that he has seized on previous stops.

3

13. CHP moved the Infinity to an automotive technician bay at the CHP Williams Area Office, where 30 brick style packages were removed from the vehicle's rocker panels; 15 on the driver's side and 15 on the passenger's side.

14. Officer Gibson utilized a 'TruNarc' Narcotics Analyzer to identify the contents of the packages, and found the substance tested positive for cocaine. The final weight of all 30 packages was determined to be 30.11 gross kilograms (66.4 gross pounds) of cocaine.

## IV.    CONCLUSION

15. Based on the foregoing, probable cause exists that **GUERRERO** possessed with the intent to distribute at least 5 kilograms of cocaine, in violation of 21 U.S.C. § 841(a)(1). I therefore request that the court authorize the criminal complaint and issue a warrant for **GUERRERO**'s arrest.

I swear under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/
_____
Adam Honzell, Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed telephonically on the  2   day of June 2026

_____
   Hon. Carolyn K. Delaney
   U.S. MAGISTRATE JUDGE

/s/ Caily Nelson
_____
Approved as to form by AUSA CAILY NELSON

4

13.    CHP moved the Infinity to an automotive technician bay at the CHP Williams Area Office, where 30 brick style packages were removed from the vehicle's rocker panels; 15 on the driver's side and 15 on the passenger's side.

14.    Officer Gibson utilized a 'TruNarc' Narcotics Analyzer to identify the contents of the packages, and found the substance tested positive for cocaine.  The final weight of all 30 packages was determined to be 30.11 gross kilograms (66.4 gross pounds) of cocaine.

## IV.    CONCLUSION

15.    Based on the foregoing, probable cause exists that **GUERRERO** possessed with the intent to distribute at least 5 kilograms of cocaine, in violation of 21 U.S.C. § 841(a)(1).  I therefore request that the court authorize the criminal complaint and issue a warrant for **GUERRERO**'s arrest.

I swear under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Adam Honzell, Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed telephonically on the  2   day of June 2026

/s/ Carolyn K. Delaney
    Hon. Carolyn K. Delaney
    U.S. MAGISTRATE JUDGE

*/s/ Caily Nelson*
Approved as to form by AUSA CAILY NELSON

4

**United States v.  Martin Guerrero**
**Penalties for Criminal Complaint**

**Defendants**
**Martin Guerrero**

---

**21 U.S.C. § 841(a)(1) –Possess with Intent to Distribute at least 5 kilograms of a Mixture or Substance Containing a Detectable Amount of Cocaine**

Maximum Penalties:    10 years to life; and
                      Fine of up to $10,000,000; and
                      Supervised release term of at least five years up to life.

Special Assessment:   $100 (mandatory on each count)

---