UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

June 08, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN GUERRERO,

Defendant.

Case No.  2:26-mj-00067-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARTIN GUERRERO ,

Case No.  2:26-mj-00067-CKD , Charge 21 USC § 841(a)(1), from custody for the

following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of $  150,000.00 _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

__X__    (Other):  The defendant release is delayed until 06/09/2026 at 9:00
AM.

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 08, 2026, at 3:30 PM.

By: _____

Magistrate Judge Allison Claire